NO. 5:25-CV-01452-XR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

---

IN RE LARRY WRIGHT,
RELATOR

---

ORIGINAL PROCEEDING FROM UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION
CAUSE NO. 20-05027-RBK

---

**OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

Real Parties in Interest, DMA Properties, Inc., Longbranch Energy, LP, and Frank Daniel Moore (collectively, the "Judgment Creditors") file this motion requesting a four-day extension on the deadline to file a response to the Petition for Writ of Mandamus filed by Relator Larry Wright ("Mr. Wright").

1. On November 5, 2025, Mr. Wright refused to appear in person for his properly noticed deposition. To preserve judicial resources, counsel for the Judgment Creditors provided a Zoom link and attempted to take Mr. Wright's deposition virtually. At the instruction of counsel, however, Mr. Wright refused to answer questions on at least a dozen topics based on relevance objections.

2. Two days later, on November 7, the Honorable Ronald B. King of the United States Bankruptcy Court in the Western District of Texas, San Antonio Division, granted the Judgment Creditors' motion to compel and ordered Mr. Wright to attend an in-person deposition and answer all questions related to Mr. Wright's liabilities and assets

and the right-of-way that is at the heart of the constructive trust ordered by the Bankruptcy Court, including all questions related to Mr. Wright's transfer of that asset to a separate company in violation of the Bankruptcy Court's orders.

3. In making this ruling, the Bankruptcy Court expressly acknowledged Mr. Wright's concerns about the disclosure of confidential business information and/or trade secrets. The Bankruptcy Court emphasized that the parties' existing protective order would apply to the deposition. The Bankruptcy Court further stressed—and the Judgment Creditors agreed—that, if requested by Mr. Wright or his counsel, Mr. Wright's answers during the deposition would be subject to the attorney-eyes-only provisions outlined in the controlling protective order.

4. On Monday, November 10, 2025, Mr. Wright filed a Petition for Writ of Mandamus against the Bankruptcy Court's discovery orders.

5. Mr. Wright additionally filed a Motion for Emergency Interim Relief, requesting that this Court stay the deposition of Mr. Wright scheduled for 9:00 A.M. on Wednesday, November 12, 2025.

6. The next afternoon—Veterans' Day, a federal holiday when courts are closed and Mr. Wright was unlikely to receive word on his pending Motion for Emergency Interim Relief—counsel for Mr. Wright emailed counsel for the Judgment Creditors, stating that Mr. Wright would not be available to attend his deposition due to illness. *See* Ex. A (email exchange between counsel dated Nov. 11-12, 2025).

7. Counsel for Mr. Wright emailed again the next morning, stating that Mr. Wright would not be attending his deposition and would not be able to resume normal activities—including sitting for a deposition—for at least a week. *See* Ex. A.

8. Shortly thereafter, this Court stayed Mr. Wright's deposition and ordered the Judgment Creditors to respond to Mr. Wright's Petition for Writ of Mandamus by Monday, November 17, 2025, or to "request an extension of time to do so." *See* Text Order dated Nov. 12, 2025.

9. At 10:10 A.M. that same morning, counsel for the Judgment Creditors attempted to meet and confer with counsel for Mr. Wright on the Judgment Creditors' request for a modest four-day extension, until Friday, November 21. Although Mr. Wright's counsel acknowledged receipt of this request, as of the time of this filing, counsel still has not provided Mr. Wright's position.

10. Counsel for the Judgment Creditors have existing deadlines between November 12 and November 17—including a response to a motion to dismiss, a reply brief in support of a motion for summary judgment, and oral argument on a motion for summary judgment—that will impede their ability to prepare a fulsome response to Mr. Wright's Petition for Writ of Mandamus by November 17.

11. The Judgment Creditors recognize the need for prompt resolution of requests for mandamus relief and, therefore, seek only a four-day extension of time to respond, extending the deadline from Monday, November 17 to Friday, November 21.

12. Granting this motion will not cause any undue prejudice, as this Court has already stayed discovery pending resolution of Mr. Wright's petition. Further, should Mr.

Wright's petition be denied (as it should), Mr. Wright's counsel has represented that Mr. Wright would not be able to sit for a deposition until days after the existing deadline to respond, reducing the need for a response by November 17.

13. This request is not made for delay or any improper purpose, but instead is requested to allow the Judgment Creditors' counsel time to submit a cogent, helpful brief to the Court so that justice may be done.

Dated: November 12, 2025                    Respectfully submitted,

                                                                                 /s/ Christopher S. Johns
                                                                   Christopher S. Johns
Texas Bar No. 24044849
Alexa L. Gervasi
Texas Bar No. 24147091
COBB & JOHNS PLLC
13341 West US-290, Building 2
Austin, Texas 78737
512-399-3150
512-572-8005 fax
chris@cobbjohns.com
alexa@cobbjohns.com

Timothy Cleveland
Texas Bar No. 24055318
Austin H. Krist
Texas Bar No. 24106170
CLEVELAND | KRIST PLLC
303 Camp Craft Road, Suite 325
Austin, Texas 78746
512-689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Counsel for Longbranch Energy, DMA Properties, and Frank Daniel Moore*

4

## Certificate of Compliance

I hereby certify that this motion satisfies the requirements set forth by Federal Rule of Appellate Procedure 27(d)(2). There are 745 words in this motion.

## Certificate of Service

I hereby certify that on November 12, 2025, I caused a copy of the foregoing to be filed by this Court's CM/ECF system, which will serve a copy on all registered users.

 /s/ Christopher S. Johns
Christopher S. Johns